UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:15-cv-01077-DAD-BAM |
| Plaintiff and Judgment Creditor, | |
| v. | AMENDED FINAL ORDER FOR WRIT OF CONTINUING GARNISHMENT (WAGES) |
| JOSE V. GARCIA, | (Doc. No. 20) |
| Defendant and Judgment Debtor. | |
| WEST HILLS FUELS, INC., | |
| Garnishee. | |

This matter is before the court on plaintiff United States' application for a final writ of continuing garnishment (wages) against defendant and judgment debtor Jose Garcia's non-exempt disposable earnings due to Garcia from garnishee West Hills Fuels, Inc. ("West Hills"). (Doc. No. 20.) As set forth in the plaintiff's application, the United States sought and obtained the writ to collect the $25,276.40 Garcia owes pursuant to the judgment entered against him by this court on February 25, 2016 and a statutorily authorized litigation surcharge. (*See id.* at 1.)

/////

1

1  The Clerk of the Court issued the writ, which the United States served on West Hills and Garcia.
2  (*See* Doc. Nos. 24–25.)
3      West Hills served and filed its acknowledgement of service and answer of garnishee (the
4  "answer") to the writ, which acknowledged that Garcia was an employee of West Hills and
5  identified his pay.  (Doc. No. 26.)  Garcia did not file a timely claim of exemption to the proposed
6  garnishment of the wages owed to him by West Hills, did not object to the answer of West Hills,
7  did not request a hearing, and did not otherwise present an objection to the court to the United
8  States' garnishment action.
9      In accordance with 28 U.S.C. § 3205(c)(7), after the garnishee files an answer, and if no
10 hearing is requested with the required time period, the court shall promptly enter an order
11 directing the garnishee as to the disposition of the judgment debtor's property.  Good cause
12 appearing from the review of the court files, the United States' application for a writ of
13 continuing garnishment (wages) will be granted.
14     Accordingly,
15     1. The United States' application for a final writ of continuing garnishment (wages)
16        (Doc. No. 20) is granted;
17     2. Garnishee West Hills is ordered to pay at least monthly to the Clerk of the Court, 25
18        percent of defendant Garcia's disposable wages, earnings, commissions, bonuses, and
19        compensation until: (a) the judgment including interest and surcharge amount of
20        $27,804.04 is paid in full; (b) further order of this Court; or (c) West Hills no longer
21        has custody, possession, or control of any property belonging to defendant;
22     3. Garnishee West Hills is further ordered to provide the United States with written
23        notice if the amount or form of compensation to defendant Garcia changes while this
24        order is in effect or if West Hills no longer has custody, possession, or control of
25        Garcia's property;
26     4. Within twenty days of the filing of this final order, West Hills shall deliver to the
27        Clerk of the Court all amounts previously withheld by West Hills from and after West
28        Hills received the writ of garnishment on July 1, 2016; and West Hills shall also

1     provide the United States a written accounting, by pay period, of the amounts withheld
2     from defendant Garcia's wages during the period from service of the writ to entry of
3     this final order; and

4  5. The payment instrument must be made payable to the "Department of Justice" and
5     delivered to:

6         U.S. Department of Justice
7         Nationwide Central Intake Facility
8         P.O. Box 790363
9         St. Louis, Mo  63179-0363

10     Garnishee West Hills shall include "CDCS Case No. 2015A47563" on the payment
11     instrument.[1]

IT IS SO ORDERED.

Dated: **October 28, 2016**            /s/ Dale A. Drozd
                                       UNITED STATES DISTRICT JUDGE

---

[1] To the extent any payments have previously been received by the Clerk of the Court, the Clerk of the Court is directed to forward such payments to the U.S. Department of Justice in accordance with this order.