UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff and Judgment Creditor,<br><br>  v.<br><br>JOSE V. GARCIA,<br><br>  Defendant and Judgment Debtor.<br><hr>WEST HILLS FUELS, INC.,<br><br>  Garnishee. | No. 1:15-cv-01077-DAD-BAM<br><br>ORDER TERMINATING WAGE GARNISHMENT<br><br>(Doc. No. 35) |

This matter is before the court on plaintiff United States' application for an order terminating wage garnishment. (Doc. No. 35.) As set forth in plaintiff's application, the United States garnished defendant Garcia's wages from his employer, West Hills Fuels, Inc. (*Id.*) Defendant's employment with West Hills Fuels, Inc. ended on approximately December 31, 2016, and West Hills Fuels, Inc. has not reinstated or reemployed defendant within 90 days after his dismissal or resignation. (*Id.*)

Good cause appearing from the review of the court files and the United States' application for an order terminating wage garnishment, the United States' application (Doc. No. 35) will be

1

granted. The writ of garnishment issued against Jose V. Garcia is hereby terminated pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED.

Dated: **October 2, 2018**

UNITED STATES DISTRICT JUDGE